LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING　　　　　　　　　　　　　　　　　P  (917) 408 - 6484
233 BROADWAY – SUITE 2208　　　　　　　　　　　　　　F  (212) 571 - 9149
NEW YORK, NY 10279　　　　　　　　　　　　　　　　　CHRIS@MADIOULAW.COM
WWW.MADIOULAW.COM

March 9, 2020

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007
*Via ECF*

　　　　　Re:　　*United States v. Teeon Thorman*, S6 17 Cr. 118 (KPF)

Dear Judge Failla,

　　I represent Teeon Thorman in the above-referenced matter. I write with consent of the government to request a one-day adjournment of Mr. Thorman's sentencing due to a work-related conflict. Mr. Thorman's sentencing is currently scheduled for June 2, 2020 at 3:30; I understand from Your Honor's chambers that June 3, 2020 at 3:30 is available.

　　Thank you in advance for your consideration.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　Christopher Madiou
　　　　　　　　　　　　　　　　　　　*Counsel for Teeon Thorman*

Application GRANTED. The sentencing currently scheduled for June 2, 2020, is hereby ADJOURNED to June 3, 2020, at 3:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendant's sentencing submission shall be due on or before May 20, 2020. The Government's sentencing submission shall be due on or before May 27, 2020.

Dated:　　March 9, 2020　　　　　　　　SO ORDERED.
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　HON. KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE