UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>TEEON THORMAN,<br><br>Defendant. | 17 Cr. 118 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The sentencing hearing currently scheduled for June 3, 2020 is hereby ADJOURNED to June 4, 2020, at 11:00 a.m.  Due to restrictions on access to the Courthouse and on Courthouse operations due to the ongoing COVID-19 pandemic, which restrictions are well-documented on the Court's website, the conference shall be held through video conference.  The Court will provide instructions to access this video conference at a later date.

SO ORDERED.

Dated:  May 21, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge