UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>TEEON THORMAN,<br><br>                    Defendant. | 17 Cr. 118 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

      The sentencing hearing currently scheduled for June 4, 2020, at 11:00 a.m. shall instead be held on June 4, 2020, at 9:00 a.m.  Due to restrictions on access to the Courthouse and on Courthouse operations due to the ongoing COVID-19 pandemic, which restrictions are well-documented on the Court's website, the conference shall be held through video conference.  The Court will provide instructions to access this video conference at a later date.

      SO ORDERED.

Dated:    May 22, 2020
               New York, New York

                                                              KATHERINE POLK FAILLA
                                                              United States District Judge