May 20, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

Teeon Thorman,
                      Defendant.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT**
**AT CRIMINAL PROCEEDING**

S6 17 CR 118 (KPF)

I, Teeon Thorman, understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced. I have discussed these issues with my attorney, Christopher Madiou, and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the Court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: 5/20/2020    Christopher Madiou                   _____
                                                                              Signature of Defense Counsel on behalf of
                                                                              Defendant Teeon Thorman

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: 5/20/2020    Christopher Madiou                   _____
                                                                              Signature of Defense Counsel

**Accepted:** *Katherine Polk Failla*
                  Signature of Judge
                  Date: 6/9/2020