# LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  
233 BROADWAY – SUITE 2208  
NEW YORK, NY 10279

P  (917) 408 - 6484  
F  (212) 571 - 9149  
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

February 12, 2021

The Honorable Katherine Polk Failla  
United States District Judge  
Southern District of New York  
United States Courthouse  
40 Foley Square  
New York, NY 10007  
*Via ECF*



Re:  *United States v. Teeon Thorman*, S6 17 Cr. 118 (KPF)

Dear Judge Failla,

I represent Teeon Thorman in the above-mentioned case. Mr. Thorman was sentenced on June 4, 2020 to one year and one day term of imprisonment. Mr. Thorman has subsequently been released and is reporting to probation as required. Mr. Thorman's passport is in the custody of pretrial services and they have advised Mr. Thorman's probation officer, Brian Kelly, that they cannot release the passport without a court order. Therefore, I respectfully ask the Court to give pretrial services permission to return Mr. Thorman's passport to him or to probation officer Brian Kelly.

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou  
*Counsel for Teeon Thorman*

Cc:   All counsel, *via ECF*  
      Probation officer Brian Kelly, *via email*

Application GRANTED.

Dated:   February 12, 2021  
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE